# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JUAN M. WHITE,**
**Petitioner**

vs.  Case Number: **09-2184**

**UNITED STATES OF AMERICA,**
**Respondent**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition is denied. Case terminated.

ENTER this 4th day of December 2009.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK